FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY 27 PM 12: 13

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| NICHOLAS PAUL SKIDMORE ) | INDICTMENT NO. CR407-00287-001 |

## ORDER

On February 25, 2008, Defendant pled guilty to Count 1 of a superseding indictment charging him with possession with intent to distribute Schedule II controlled substances. The Court, on May 22, 2008, sentenced Defendant to one hundred twelve (112) months as to Count 1.

On May 18, 2009, the Government filed a motion pursuant to Fed R. Crim. Pro. 35(b) based on substantial assistance Defendant provided to the Government after his sentence was imposed. The Court is satisfied that Defendant provided substantial assistance to the Government; however, the Court notes Defendant committed an armed robbery of at least one pharmacy and obtained a significant amount of prescription medications. Defendant also has a criminal record which includes the illegal possession of a prescription drug and larceny of a weapon. As a result, any reduction in sentence must be tempered by the seriousness of Defendant's offense of conviction and criminal history, as well as the very real risk of danger to the community that he represents.

Based on the aforementioned, the Government's motion is hereby **GRANTED**, and Defendant's original sentence as to Count 1 is reduced to ninety-six (96) months. All other provisions of the original sentence remain the same.

**SO ORDERED**, this 27 day of May, 2009.

*B. Avant Edenfield*
B. Avant Edenfield
United States District Judge
For the Southern District of Georgia